AIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CAHILL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-663 |
| | : | |
| BENSALEM TOWNSHIP POLICE | : | |
| DEPARTMENT, et al. | : | |

# ORDER

AND NOW, this 17th day of July, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants Bensalem Township Police Department and Frederick Harran's Motion to Dismiss Plaintiff's Amended Complaint (Document 13) and Defendants Matthew Ezrodt (d/b/a) Motel Management Services, Inc., (d/b/a) Neshaminy Inn, and Jane Does (1-3)'s Motion to Dismiss Plaintiff's Amended Complaint (Document 15) are GRANTED.  Plaintiff John Cahill's claims against these parties are dismissed with prejudice.

It is further ORDERED Cahill's claims against the John Doe police officers in their official capacities, and any claim arising under the Pennsylvania Constitution, are dismissed with prejudice.  Cahill's remaining claims against the John Doe police officers in their individual capacities are permitted to proceed.

Bensalem Township Police Department is directed to immediately provide Cahill with the identity of the officers described in the Amended Complaint.  Cahill shall have until July 25, 2014, to further amend his Complaint naming the officers as the individual defendants in this case.  Failure to file an amended complaint by July 25, 2014, will result in dismissal of Cahill's remaining claims with prejudice.  Once Cahill's Third Amended Complaint has been filed, the officers are directed to enter their appearance and respond to Cahill's pleading, whether by answer or motion.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J